UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DANNY JOSEPH FABRICANT<br><br>　　　Defendant. | No. CR 03-1257(A)-RSWL<br><br>ORDER RE: CONTINUANCE OF<br>TRIAL DATE AND EXCLUDABLE<br>TIME UNDER SPEEDY TRIAL<br>ACT |

　　Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney April A. Christine, and defendant DANIEL JOSEPH FABRICANT ("defendant"), individually <u>pro se</u> and with co-counsel of record, Sean K. Kennedy, Federal Public Defender, having appeared before the Court on May 12, 2008:

　　**THE COURT HEREBY FINDS AND CONCLUDES AS FOLLOWS:**

1. Defendant initially appeared before a judicial officer in the court in which this case is pending on December 4, 2003. The original indictment in this case was filed on December 12, 2003. The first superseding indictment was filed on March 26, 2004. Defendant's trial commenced on July 13, 2004. Defendant was convicted on all counts in the first superseding indictment on July 28, 2004. On November 13, 2007, the Ninth Circuit Court of Appeals issued a mandate reversing the convictions and remanding the case to this Court for a new trial. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq. ("Speedy Trial Act"), originally required that defendant's trial commence on or before January 22, 2008. On December 20, 2007, this Court vacated the trial date and set the matter for further status conference. The Court previously deemed the period from November 16, 2007, to May 12, 2008, as excludable time.

2. At a status conference on May 12, 2008, defendant requested a trial date of September 16, 2008. Motions are scheduled to be heard on August 14, 2008. Accordingly, the period from May 12, 2008, to September 16, 2008, inclusive, shall be deemed an excludable period for the following reasons:

    a. The requested continuance is necessary to afford defense counsel reasonable time necessary for effective preparation of a defense, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(8)(B)(iv);

      b.    The continuance is not based on congestion of the Court's calendar, nor on the lack of diligence on the part of the attorney for the government, 18 U.S.C. § 3161(h)(8)(C).

      c.    The ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(A).

**IT IS HEREBY ORDERED** that trial in this matter is set for September 16, 2008. The Court deems the period from May 12, 2008, to September 16, 2008, inclusive, an excludable period under 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

/s/
_____
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

DATE: August 13, 2008

3