1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 03-1257 (A) -RSWL |
|---|---|---|
| Plaintiff, | ) | ORDER FOR TRANSFER OF EVIDENCE FOR A QUANTITATIVE AND QUALITATIVE RE-ANALYSIS AT AN INDEPENDENT LABORATORY |
| v. | ) | |
| DANIEL JOSEPH FABRICANT, | ) | |
| Defendant. | ) | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the United States Attorney's Office for the Central District of California will provide access to methamphetamine exhibits seized by the government during the investigation of the above-referenced case to Forensic Toxicology Associates located at 8943 DeSoto Avenue, Chatsworth, California, 91311 ("Forensic Toxicology Associates"), to permit defendant to obtain an independent quantitative analysis.

///
///
///

**IT IS FURTHER ORDERED** that the methamphetamine exhibits will not be removed from the government's custody.  Forensic Toxicology Associates is permitted, however, to remove samples from the methamphetamine exhibits so that they may use their own equipment and laboratory to test the methamphetamine and determine their qualitative nature.  The methamphetamine sample sizes will comport with industry standards regarding testing of methamphetamine.  Any unused portions of the methamphetamine samples will be returned to the government.

**IT IS FURTHER ORDERED** that a designated representative from Forensic Toxicology Associates will arrange to obtain a sample of the exhibit at a government facility in the presence of an ATF special agent or other representative designated by the government.  The parties agree that the sampling shall be done on a mutually convenient date and time, and, if used by defendant for litigation purposes, counsel for defendant shall provide a copy of any test results to the government.

Defendant Fabricant seeks these orders with respect to the methamphetamine exhibits seized during the investigation of this case, including but not limited to the following (collectively, "exhibits"):

1. One exhibit seized during the execution of a federal search warrant on December 3, 2003, at 9811 Deering Avenue, Unit P, Chatsworth, California, and analyzed at the DEA Southwest Laboratory in Vista, California (DEA Laboratory"), on or about March 22, 2004, and April 6, 2004, under ATF case number 784015-02-006 and recorded as DEA Laboratory Number 171931.

2. Six exhibits seized by ATF and analyzed by the DEA Laboratories in National City, California, and in Vista, California, under ATF case number 784015-02-006 and as DEA Laboratory numbers 160981, 160982, 160983, 160984, 160985, and 160986.

3. Two  exhibits seized by ATF and analyzed by the DEA Southwest Laboratory in Vista, California, on April 6, 2004,  under ATF case number

1  784015-02-006 as DEA Laboratory numbers 166441 and 166445.

2      4.  Two exhibits listed under DEA Laboratory numbers 166441 and 166445

3  and analyzed by the DEA Laboratory on April 6, 2004.

_____/ s /_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED:  August 20, 2008

3