**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 03-1257 RSWL |
| | ) | |
| Plaintiff, | ) | **ORDER RE MOTION TO BE** |
| | ) | **PROVIDED A COPY OF THE** |
| vs. | ) | **CONFIDENTIAL** |
| | ) | **RECOMMENDATION LETTER** |
| | ) | **FROM THE PROBATION** |
| DANIEL JOSEPH FABRICANT, | ) | **DEPARTMENT** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Under submission with the Court is Defendant Daniel Joseph Fabricant's Motion to be Provided a Copy of the Confidential Recommendation Letter from the Probation Department [697]. After consideration of the moving papers, the Court **HEREBY RULES AS FOLLOWS:**

Defendant's Motion is **DENIED.** Federal Rule of Criminal Procedure 32 requires disclosure of the Presentence Report to Defendant, but expressly provides

1  that "the court may direct the probation officer not to
2  disclose to anyone other than the court the officer's
3  recommendation on the sentence."  Defendant's due
4  process rights are not violated by withholding the
5  confidential recommendation.  <u>United States v. Baldrich</u>,
6  471 F.3d 1110 (9th Cir. 2006).  Accordingly, Defendant's
7  Motion is **DENIED.**

9  **IT IS SO ORDERED.**
10                                      /s/
11                           **HONORABLE RONALD S.W. LEW**
12                           Senior, U.S. District Court Judge

14  DATED:    December 1, 2008