O

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR 03-1257-RSWL |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| ) | |
| DANNY JOSEPH FABRICANT, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

   The Court is in receipt of Defendant's request to inform the Staff Attorney at the United States Penitentiary in Tucson, Arizona that Defendant currently has two appeals pending before the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit"), Appeal Numbers 09-50657 and 10-50032.  As the record currently reflects that these two appeals are presently pending before the Ninth Circuit [898], the Court hereby clarifies that this case and all related appeals are not closed.  Defendant's request to change the front page of

the District Court Docket is hereby **DENIED**, as this Order clarifies that this Case is not presently closed.

**IT IS SO ORDERED.**

Dated: March 11, 2011

                              RONALD S.W. LEW

                              **HONORABLE RONALD S.W. LEW**
                              Senior, U.S. District Court Judge