1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  UNITED STATES OF AMERICA,   )   CR 03-01257-RSWL-1
                                )
13                              )
                    Plaintiff,  )   **ORDER re: Defendant's Ex**
14                              )   **Parte Application for a**
        v.                      )   **Finding That His Time**
15                              )   **for Filing a 28 U.S.C. §**
                                )   **2255 Motion is Tolled**
16  DANNY FABRICANT,            )   **[974]**
                                )
17                              )
                    Defendant.  )
18  _____)

19       Currently before the Court is Defendant Danny

20  Fabricant's ("Defendant") Ex Parte Application for a

21  Finding That His Time for Filing a 28 U.S.C. § 2255

22  Motion is Tolled [974].  The Court, having considered

23  all papers submitted pertaining to this Ex Parte

24  Application, **NOW FINDS AND RULES AS FOLLOWS:**

25       Defendant's Ex Parte Application is **DENIED.**

26  Because there is no concrete dispute for the Court to

27  decide and because Defendant's Ex Parte Application

28  seeks relief which the Court cannot grant without

                             1

1  violating the "case or controversy" requirement of the

2  Constitution, the Court declines to consider

3  Defendant's Ex Parte Application.  See <u>Grissom v.</u>

4  <u>Barnes</u>, No. CV 13-03593 SJO (SS), 2013 WL 3053059, at

5  *1-2 (C.D. Cal. June 14, 2013).  Accordingly, the Court

6  **DENIES** Defendant's Ex Parte Application **without**

7  **prejudice**.

8

9  **IT IS SO ORDERED.**

10 DATED: June 13, 2014

RONALD S.W. LEW

11 

**HONORABLE RONALD S.W. LEW**
12 Senior U.S. District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2